

# NUMBER 13-22-00505-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JUAN GARCIA CERVANTES
A/K/A JUAN CERVANTES,                                          Appellant,

v.

THE STATE OF TEXAS,                                            Appellee.

On appeal from the 92nd District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Peña
### Memorandum Opinion by Justice Tijerina

This cause is before the court on appellant's motion to dismiss this appeal which
indicates appellant had waived his right to appeal and has no right to appeal. Counsel for
appellant signed the motion, and the appellant signed an attached affidavit. We find the
motion and affidavit together meet the requirement of Texas Rule of Appellate Procedure

42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
9th day of February, 2023.